UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINA M. MOSES, | ) CV 09-3878 RZ |
| Plaintiff, | ) [~~PROPOSED~~] JUDGMENT OF REMAND |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

The Court ~~having received and approved~~ approves the Stipulation for Voluntary Remand pursuant to sentence four of 42 U.S.C. § 405(g). Accordingly,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that ~~judgment shall be entered remanding~~ this action is remanded to the Commissioner of Social Security for further action consistent with the Stipulation for Voluntary Remand ~~pursuant to sentence four of 42 U.S.C. § 405(g)~~ lodged concurrently with the lodging of the within Judgment. This Judgment is entered pursuant to 42 U.S.C. § 405(g), sentence four.

DATE: October 30, 2009

_____
Ralph Zarefsky
United States Magistrate Judge

-1-